CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anthony Daniel Duran**; DOB:2005; United States<br>**Luciano Duran Contreras**; DOB: 2007; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04955MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 21, 2026, in the District of Arizona, **Anthony Daniel Duran,** and **Luciano Duran Contreras**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Edmar Melo-Vazquez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 21, 2026, in the District of Arizona (Coolidge), Border Patrol Agents (BPAs) were notified by other BPAs performing surveillance of the area that a black sport utility vehicle performed a quick turnaround on Prince Placer Road. Prince Placer Road is a known alien smuggling load-up spot for illegal aliens (IAs). This is due to the heavy brush and rolling hills and its proximity (approximately 3.8 miles) to the International Border with Mexico and the United States. There are only a dozen residences on Stone Ridge, where the only typical vehicle traffic is residents in the area, and a minimal amount of law enforcement presence. BPAs maintained visual of the vehicle, as it continued eastbound on SR92 from Stone Ridge Rd. and informed other BPAs when the vehicle passed by their location. BPAs followed the vehicle for further investigation. The Jeep continued eastbound at a high rate of speed, driving well over the posted speed limit of 65 MPH. BPAs requested record checks on the vehicle which revealed the Jeep was registered out of Tucson, AZ to **Luciano Duran Contreras**. ASOs will recruit drivers out of Tucson and Phoenix areas to conduct human smuggling operations. The Jeep had tinted windows, but BPAs could see the driver and front seat passenger. BPAs could not see into the back of the vehicle. The vehicle continued to drive eastbound on SR92 over the speed limit. BPAs initiated a vehicle stop to conduct an immigration inspection on all occupants. BPAs approached the driver's side and asked the driver to lower all the windows. The driver, identified as **Anthony Daniel Duran**, complied and lowered all the windows. BPAs saw an individual laying down in the back cargo area of the vehicle. It is a common alien smuggling tactic, to hide IAs in cargo and trunk areas of vehicles. **Duran** and front seat passenger, identified as **Luciano Duran Contreras**, were detained and placed in the back of Border Patrol vehicles until BPAs could safely conduct their immigration inspection on the passenger, Edmar Melo-Vazquez. Melo admitted to being a citizen and national of Mexico. Record checks revealed Melo do not possess the proper documentation to enter, pass through, or remain in the United States legally. During an inventory search of the vehicle, BPAs located a .45 caliber magazine and 18 rounds of ammunition.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE Edmar Melo-Vazquez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 22, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from previous page.**


Material witness Edmar Melo-Vazquez stated he is a citizen and national of Mexico. His friend made arrangements in Mexico for him to be smuggled into the United States for an unknown amount of money. He illegally crossed into the U.S. on June 19, 2026. He was guided by cellphone, until reaching a paved road to be loaded into a vehicle. He got into a four-door, black, Jeep Cherokee. He wasn't wearing camouflage when he entered the vehicle. He entered the vehicle, and he got into the back cargo area and laid down. There was one young male driver and one young male passenger in the vehicle.

After waving his *Miranda Rights*, **Luciano Duran Contreras** stated he was looking for jobs online. He searched on TIK TOK for jobs and found an account that would pay money. He followed the account and they followed him back and messaged him first asking him if he wanted a job. He agreed and was told to message on What's App for more information. He would get paid $1000 for picking up a person. The person he was messaging told him where to go with a picture of a point on a map. He was in Tuscan, Arizona with his friend **Duran** before they picked up the subject. He made his friend drive his vehicle. He told his friend about the job and they agreed to split the pay. They drove to Sierra Vista, Arizona and drove around the city before they picked up the subject. They drove to the location on the map after an hour of being in Sierra Vista, Arizona. Once they arrived at the location, he had told the subject to get in the vehicle and to relax and he gave the subject water. The subject went into the back of the vehicle and wasn't wearing camouflage. He was the only one who talked to the subject because he knew Spanish and the driver did not. He knew what he was doing but didn't know transporting IAs was a crime. They were going to drop off the subject in Phoenix, Arizona. He would've been paid once he dropped off the subject. Contreras stated this was his first time.